UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-cr-014-1 |
| v. | ) | |
| | ) | Judge Collier |
| ELVIS VASQUEZ ZAMORANO | ) | |
| | ) | Magistrate Judge Dumitru |

## **O R D E R**

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) accept Defendant's plea of guilty to Count One of the one-count Bill of Information; (2) adjudicate the Defendant guilty of the charges set forth in Count One of the Bill of Information; (3) defer a decision on whether to accept the plea agreement [Doc. 11] until sentencing; and (4) find Defendant shall remain in custody until sentencing in this matter. [Doc. 18]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 18] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the Bill of Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Bill of Information;

3. A decision on whether to accept the plea agreement [Doc. 11] is **DEFERRED** until sentencing; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **July 10, 2025, at 2:00 p.m. [EASTERN]** before the undersigned.

SO ORDERED.

ENTER:

>  /s/
>  **CURTIS L. COLLIER**
>  **UNITED STATES DISTRICT JUDGE**